UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

JOANNE TIERNEY, ET AL.

               Plaintiff,

  - against -

CITY OF NEW YORK,

               Defendant.

------------------------------------X

02 Civ. 2403 (RWS)

O R D E R

Sweet, D.J.,

      The Plaintiff's motion to compel compliance with settlement, dated November 7, 2008, will be heard at noon on Wednesday, December 3, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
November /2/, 2008

ROBERT W. SWEET
U.S.D.J.